**SAO**
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
JESSE A. RANSOM, ESQ.
Nevada Bar No. 13565
Akerman LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: darren.brenner@akerman.com
Email: jesse.ransom@akerman.com

*Attorneys for Cross-Defendant Mortgage Electronic Registration Systems, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR7,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; VICTORY OVATION HOMEOWNERS ASSOCIATION; ALESSI & KOENIG, LLC; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:16-cv-00577-GMN-GWF<br><br>**STIPULATION AND ORDER OF DISCLAIMER OF INTEREST AND DISMISSAL OF CROSS-DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR7; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and ALVIN BROWN, an individual,<br><br>Counter-Defendant/Cross-Defendants | |

41044072;1

Mortgage Electronic Registration Systems, Inc., (**MERS**), and SFR Investments Pool 1, LLC (**SFR**) stipulate as follows:

**WHEREAS**, the current action concerns the real property located at 2806 Don Juan Court, North Las Vegas, Nevada 89030; Parcel #139-12-311-059 (the Property);

**WHEREAS**, MERS is the beneficiary of a second deed of trust, Instrument # 0004014, recorded on December 15, 2006, as nominee for Greenpoint Mortgage Funding, Inc;

**WHEREAS**, MERS, its successors and assigns, disclaims all interest in the second deed of trust # 0004014; and

**WHEREAS**, SFR filed a cross-claim against MERS to quiet title to the Property.

MERS, and SFR stipulate and agree to the following:

1. Based on MERS' disclaimer of interest, SFR dismisses its cross-claims against MERS with prejudice from this action;

2. MERS and SFR agree that the disclaimer and order of dismissal will only relate to the second deed of trust, Instrument # 0004014, recorded on December 15, 2006, and will not have any effect on other claims or defenses in this matter.

3. SFR and MERS will bear its own attorney's fees and costs.

DATED this 15th of December, 2017.

| | |
|---|---|
| **KIM GILBERT EBRON** | **AKERMAN LLP** |
| /s/ *Diana Ebron* | /s/ *Jesse Ransom* |
| JACQUELINE A. GILBERT, ESQ.<br>Nevada Bar No. 10593<br>DIANA S. EBRON, ESQ.<br>Nevada Bar No. 10580<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139 | DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>JESSE A. RANSOM, ESQ.<br>Nevada Bar No. 13565<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144 |
| *Attorneys for SFR Investments Pool 1, LLC* | *Attorneys for Mortgage Electronic Registration Systems, Inc.* |

41044072;1

# **ORDER**

**IT IS SO ORDERED:** Cross-Defendant Mortgage Electronic Registration Systems, Inc. is dismissed from this action with prejudice; each party to bear their own fees and costs.

Dated this 21 day of December, 2017.

_____
**Gloria M. Navarro, Chief Judge**
**UNITED STATES DISTRICT COURT JUDGE**

2:16-cv-00577-GMN-GWF- STIPULATION AND ORDER OF DISCLAIMER OF INTEREST AND DISMISSAL OF CROSS-DEFENDANT MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

3

41044072;1