WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
*Attorney for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1 and Cross-Defendant, Mortgage Electronic Registration Systems, Inc., as nominee beneficiary for Greenpoint Mortgage Funding, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1,<br><br>Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; VICTORY OVATION HOMEOWNERS ASSOCIATION; ALESSI & KOENIG, LLC; DOES I through X and ROE CORPORATIONS I through X,<br><br>Defendants | CASE NO.: 2:16-CV-00577-GMN-GWF<br><br>**STIPULATION FOR ORDER TO QUIET TITLE AND TO DISMISS REMAINING CLAIMS WITH PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company,<br><br>Counter/Cross Claimant,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR7; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as | |

nominee beneficiary for GREENPOINT MORTGAGE FUNDING, INC.; and ALVIN BROWNE, an individual,

Counter/Cross-Defendants

## **STIPULATION FOR ORDER TO QUIET TITLE AND TO DISMISS REMAINING CLAIMS WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a) and LR IA 6-2, Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1 and Cross-Defendant, Mortgage Electronic Registration Systems, Inc., as nominee beneficiary for Greenpoint Mortgage Funding, Inc. ("U.S. Bank"); and Defendant/Counter/Cross-Claimant, SFR Investments Pool 1, LLC ("SFR"); by and through respective counsel of record, stipulate as follows:

1. On March 15, 2016, U.S. Bank filed a complaint [ECF No. 1] against SFR regarding the effect of an association foreclosure sale on a deed of trust recorded against the real property located at 2806 Don Juan Court, N. Las Vegas, NV 89030, A.P.N. 139-12-311-059 ("Property").

2. On July 21, 2016, U.S. Bank filed an amended complaint with claims against SFR, Victory Ovation Homeowners Association, and Alessi & Koenig, LLC [ECF No. 11].

3. On December 5, 2016, SFR filed its answer to U.S. Bank's first amended complaint along with counterclaims and crossclaims for quiet title and injunctive relief against U.S. Bank, Mortgage Electronic Registration Systems, Inc., as nominee beneficiary for Greenpoint Mortgage Funding ("MERS") and the former homeowner, Alvin Browne ("Browne") [ECF No. 25].

4. On December 15, 2017, MERS disclaimed an interest in the Property and MERS and SFR stipulated to dismiss MERS with prejudice based on that disclaimer [ECF No. 42]. On December 21, 2017, the court entered the stipulation as an order [ECF No. 43].

5. On March 8, 2019, the court entered judgment on SFR's Motion for Summary Judgment on its cross-complaint against Browne. [ECF No. 61]

6. On March 30, 2019, and pursuant to the parties' stipulation, Defendant Victory Ovation Homeowners Association was dismissed from the action [ECF No. 64]

7. U.S. Bank stipulates that SFR Investments Pool 1, LLC may have judgment on its counterclaim against U.S. Bank for quiet title as to the real property commonly referred to as 2806 Don Juan Court, N. Las Vegas, NV 89030, A.P.N. 139-12-311-059 as follows: the Trustee's Deed Upon Sale issued to SFR Investments Pool I, LLC and recorded August 3, 2012 as Instrument No. 201208030003276 conveyed title free and clear of the deed of trust recorded on December 15, 2006 in Book 20061215 as Instrument No. 0004013.

8. No money judgment shall be entered.

9. All claims in the first amended complaint [ECF No. 11] shall be dismissed with prejudice.

10. All claims in the counterclaim by SFR Investments Pool I, LLC, except as recited above, are dismissed with prejudice.

11. All claims in the cross-claim by SFR Investments Pool I, LLC and not otherwise disposed of the order for summary judgment [ECF No. 61] and stipulated dismissal [ECF No. 43] are dismissed with prejudice.

…
…
…
…
…
…
…
…
…

12. As between these parties, each side shall bear its own costs and fees.

**IT IS SO STIPULATED.**

DATED this _2nd_ day of July, 2019

| WRIGHT, FINLAY & ZAK, LLP | KIM GILBERT EBRON |
|---|---|
| /s/ Edgar C. Smith | /s/ Diana S. Ebron |
| Edgar C. Smith, Esq. | Diana S. Ebron, Esq. |
| Nevada Bar No. 5506 | Nevada Bar No. 10580 |
| 7785 W. Sahara Avenue, Suite 200 | Jacqueline A. Gilbert, Esq. |
| Las Vegas, Nevada 89117 | Nevada Bar No. 10593 |
| *Attorneys for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1 and Cross-Defendant, Mortgage Electronic Registration Systems, Inc., as nominee beneficiary for Greenpoint Mortgage Funding, Inc.* | Karen L. Hanks, Esq. Nevada Bar No. 9578 7625 Dean Martin Drive, Suite 110 Las Vegas, Nevada 89139 *Attorneys for Defendant/Counter/Cross-Claimant, SFR Investments Pool 1, LLC* |

## ORDER

**IT IS HEREBY ORDERED** that the above Stipulation for Order to Quiet Title and to Dismiss Remaining Claims with Prejudice, (ECF No. 70), is **GRANTED**.

**IT IS FURTHER ORDERED** that the Status Conference currently set for July 3, 2019, at 10:30 a.m. is **VACATED**.

**DATED** this __3__ day of July, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT