WRIGHT, FINLAY & ZAK, LLP
Robert Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net

*Attorney for Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1 and Cross-Defendant, Mortgage Electronic Registration Systems, Inc., as nominee beneficiary for Greenpoint Mortgage Funding, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-AR1,<br><br>  Plaintiff,<br><br>v.<br><br>SFR INVESTMENTS POOL 1, LLC; VICTORY OVATION HOMEOWNERS ASSOCIATION; ALESSI & KOENIG, LLC; DOES I through X and ROE CORPORATIONS I through X,<br><br>  Defendants | CASE NO.:  2:16-cv-00577-GMN-GWF<br><br>**ORDER RELEASING SECURITY BOND** |
| SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company,<br><br>  Counter/Cross Claimant,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007- | |

AR7; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., as nominee beneficiary for GREENPOINT MORTGAGE FUNDING, INC.; and ALVIN BROWNE, an individual,

Counter/Cross-Defendants

## ORDER RELEASING SECURITY BOND

Plaintiff/Counter-Defendant, U.S. Bank National Association, as Trustee for Greenpoint Mortgage Funding Trust Mortgage Pass-Through Certificates, Series 2007-AR1 and Cross-Defendant, Mortgage Electronic Registration Systems, Inc., as nominee beneficiary for Greenpoint Mortgage Funding, Inc., by and through its counsel of record, Robert A. Riether, Esq., opened this case by filing a complaint on March 15, 2016. Plaintiff filed a certificate of cash deposit of $500 pursuant to NRS 18.130(1) on November 10, 2016 (ECF No. 23). The Court granted the Stipulation for Order to Quiet title and to Dismiss Remaining Claims with Prejudice on July 3, 2019. (ECF No. 71).

**IT IS ORDERED** that the $500 deposit, plus interest, be refunded in accordance with the certificate of cash deposit, ECF No. 23, to:

> WRIGHT, FINLAY & ZAK, LLP
> 7785 W. Sahara Ave., Suite 200
> Las Vegas, NV 89117

unless a party objects to this order by no later than 10 days.

Dated this __14__ day of February, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT